# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

---

### No. 201500051

---

### UNITED STATES OF AMERICA
Appellee

v.

### VICTOR A. HURTADO
Sergeant (E-5), U.S. Marine Corps
Appellant

---

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel James K. Carberry, USMC.
Convening Authority: Commander, U.S. Marine Corps Forces
Command, Norfolk,VA.
Staff Judge Advocate's Recommendation: Major C.G. Blosser,
USMC.
For Appellant: Lieutenant R. Andrew Austria, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

---

Decided 12  January 2017

---

Before PALMER, CAMPBELL, and HUTCHISON, *Appellate Military
Judges*

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TRIDL
Clerk of Court